AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Mexico ▾

FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>PREMISES LOCATED AT 34 POPLAR AVENUE,<br>NAVAJO, NM 87328 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  26-MR-1204

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, attached and incorporated by reference.

located in the _____ District of _____ New Mexico _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

❑ property designed for use, intended for use, or used in committing a crime;

❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 5031 et. seq | Juvenile Justice and Delinquency Prevention Act |
| 18 U.S.C. §§ 1153 and 2244(a)(1) | Abusive Sexual Contact |

The application is based on these facts:
See attached affidavit, incorporated by reference, submitted by SA Michael Dalpini and approved by Supervisory AUSA Jack Burkhead.

☑ Continued on the attached sheet.

❑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Michael Dalpini*
_____
*Applicant's  signature*

Michael Dalpin, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonically sworn and electronically signed *(specify reliable electronic means)*.

Date:  June 6, 2026

*Steve Yarbrough*
_____
*Judge's signature*

City and state:  Albuquerque, NM

Steven C. Yarbrough, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES OF 34 POPLAR AVENUE, NAVAJO, NM 87328 | Case No. |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Michael Dalpini, having been duly sworn, does hereby depose and say:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2022. I am currently assigned to the Albuquerque Field Office, Gallup Resident Agency. My primary duties as a Special Agent with the FBI in Gallup, New Mexico include investigating crimes occurring in Indian Country, which include homicide, assault, sexual assault, crimes against children, kidnapping, and bank robbery, among other federal violations. I have experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, tribal, and federal law enforcement agencies.  As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute criminal complaints and search warrants issued under the authority of the United States.

2.      This affidavit is based upon my personal knowledge, as well as information reported to me by other federal, state, tribal, and local law enforcement officers during the course of their official duties. Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, tribal, and local law enforcement

officers who have directly participated in this investigation. This affidavit is also based upon information gained from interviews with cooperating witnesses, whose reliability is established separately herein.

3.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search 34 POPLAR AVENUE, NAVAJO, NEW MEXICO 87328 (hereinafter referred to as the "TARGET PREMISES"). The TARGET PREMISES is believed to be the primary residence of CASSIDY REDHOUSE (hereinafter referred to as CASSIDY R.), a 17-year-old juvenile with a date of birth of January 08, 2009. A more detailed description of the TARGET PREMISES is contained within Attachment A, which has been attached hereto and incorporated herein by reference.

4.      Because this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included each and every fact known to me concerning this investigation or every inference I draw from the facts included. I have set forth facts that I believe are sufficient to establish probable cause for the requested warrant.

5.      Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe CASSIDY R. violated the Juvenile Justice and Delinquency Prevention Act (18 U.S.C. §§ 5031 *et. seq*) by committing Abusive Sexual Contact, in violation of 18 U.S.C. §§ 1153 and 2244(a)(1). There is also probable cause to search The Premises described in Attachment A for evidence and instrumentalities of these crimes as further described in Attachment B.

## PROBABLE CAUSE

1.      On May 25, 2026, the Navajo Police Department (NPD) responded to a call for service at 34 Poplar Ave, Navajo, New Mexico (NM) regarding a battery of a family member involving 12-year-old JANE DOE (YOB 2013) and her 17-year-old cousin, CASSIDY R., at CASSIDY R.'s residence located in Navajo, NM.

2.      Before NPD arrived, JANE DOE was transported by Navajo Nation EMS to Tsehootsooi Medical Center, located in Fort Defiance, Arizona.

3.      Upon arrival at the residence, NPD officers interviewed JANE DOE's mother, T.S. (YOB 1987), who stated that CASSIDY R. touched JANE DOE in her groin and breast area and that CASSIDY R. left the residence on foot before NPD arrived.

4.      NPD interviewed CASSIDY R.'s mother, T.B., who stated she left CASSIDY R. at the house with JANE DOE and other kids. T.B.'s daughter, who was at the house with CASSIDY R. and JANE DOE, called T.B. and told her that CASSIDY R. was drunk and dragged JANE DOE into a bedroom away from the other kids.

5.      NPD interviewed the 15-year-old sister of JANE DOE, J.S., who was not at the residence when the incident took place, stated JANE DOE told her that CASSIDY R. dragged her into his bedroom, closed the door, showed her his penis and touched her breasts and "private part area."

6.      NPD did not interview JANE DOE due to EMS taking her to the hospital.

7.      On May 26, 2026, JANE DOE received a Sexual Assault Medical Examination (SAME) at Tsehootsooi Medical Center. The SAME report revealed JANE DOE's statement during the examination, which was the following: On May 25, 2026, at approximately 9:00 PM,

a.   "I was in my cousins room [when] Cassidy came in and showed me a gun. He tried to give it to me then he pointed it at me. Then he dragged me to his room. His room smelled like vape. He closed the door and locked it. He had my wrist and he pulled me to the window and closed the curtains. It was night and it was dark and I couldn't see. He pulled me to the side of the bed and was holding me there. He touched me in my chest and my private part and my legs. I kept pushing his hand away. He tried to put his hand under my shirt and in my pants but I kept his hand away. He kept trying to pay me to let him do that to me. He said, 'I'll give you $100 if you let me.' But I said 'No!' He got mad. He said, 'why are you resisting?' He said not to tell anyone. He kissed my mouth with his lips open. He tried to kiss me on my neck. I pushed him off and ran. I went to my cousin and locked the door.

He was trying to come in and knocking on the door. He was saying he was sorry.

8.      The SAME report revealed a diagnosis of "sexual abuse." The report stated, "patient describes contact of her breasts and genital area over her clothing. He [CASSIDY R.] placed his mouth on her mouth and neck and used gun to coerce her."

9.      On May 28, 2026, the Federal Bureau of Investigation (FBI), Albuquerque Field Office, Gallup Resident Agency (GRA) was notified by Dr. R.O. from Tsehootsooi Medical Center regarding the incident in Navajo, NM between JANE DOE and CASSIDY R.

10.      On June 02, 2026, JANE DOE was interviewed by a Child Forensic Interviewer. JANE DOE provided the following information: On the day of the incident, she was staying at her aunt, T.B.'s house with her younger sister, CASSIDY R., and two other cousins. T.B. left the house to go to the casino and left the kids at home with no adults present. JANE DOE was in her other cousin's room with her sister. When JANE DOE's sister was asleep, CASSIDY R. came into the room she was in with a gun and pointed it at her. The gun was small and black. He grabbed her by the wrist and pulled her into his room. CASSIDY R. locked the door, put the gun into his pocket, grabbed her wrist, dragged her to his bed, and started to touch her. He used one of his arms to hold her down and the other to touch her chest, her thighs, and her "private part" over the clothes. He kissed her on the lips and tried to put his hand under her shirt when he was holding her down, but she kept pushing his hand away. She told him to stop, but he didn't listen. He kept trying to touch her. He asked if he could pay her to do whatever he wants to her. He offered to pay her approximately $200. She said no. JANE DOE eventually pushed him off, ran to the door, unlocked it, ran to the room her sister was in, and locked it. CASSIDY R. tried to gain access to the room JANE DOE ran to, but when he couldn't get in, he repeatedly stated he was sorry. She stayed in the room with the door locked until the adults returned. JANE DOE stated she had seen CASSIDY R. shoot the same gun in his backyard on previous occasions.

11.      During the forensic interview, JANE DOE was shown a body chart diagram and asked to circle where CASSIDY R. touched her. JANE DOE circled the vagina area of the diagram and both breast areas of the diagram.

## JURISDICTION

12.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

13.    Upon information and belief, and confirmed by NPD, the scene of the crime, that is, the TARGET PREMISES located at 34 Poplar Avenue, Navajo, NM 87328, is entirely within the exterior boundaries of the Navajo Nation, in the State and District of New Mexico, and is Indian Country for purposes of federal law.

14.    Information provided by NPD indicate both CASSIDY R. and JANE DOE are enrolled members of the Navajo Nation, a federally recognized Indian Tribe.

## CONCLUSION

15.    Based on the information set forth in this affidavit, I believe there is probable cause to search the TARGET PREMMISES described in Attachment A, for the items described in Attachement B, which are evidence, fruits, and/or instrumentalities of, or property, used in violations of the Juvenile Justice and Delinquency Prevention Act (18 U.S.C. §§ 5031 *et. seq.*)  by committing Abusive Sexual Contact, in violation of 18 U.S.C. §§ 1153 and 2244(a)(1).

16.    Supervisory Assistant United States Attorney Jack Burkhead has reviewed and approved this search warrant application.

1.    I swear that this information is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

_Michael Dalpini_

MICHAEL DALPINI, SPECIAL AGENT

FEDERAL BUREAU OF INVESTIGATION

Electronically SUBSCRIBED and Telephonically Sworn to me on this 6th day of June, 2026:

STEVEN C. YARBROUGH

UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PROPERTY TO BE SEARCHED

1.  The property to be searched is the residence located at 34 Poplar Avenue, Navajo, New Mexico 87328 (TARGET PREMISES). The search of the TARGET PREMISES shall include the entire residence, curtilage within fence, all trash cans or containers located thereon, and any outbuildings located on the property. A photograph of the TARGET PREMISES is included below.



**ATTACHMENT B**

PARTICULAR THINGS TO BE SEIZED

As a result of this investigation, there is probable cause to believe that contained within the interior and/or exterior of the residence located at 34 Poplar Avenue, Navajo, New Mexico 87328, is evidence related to violations of the Juvenile Justice and Delinquency Prevention Act (18 U.S.C. §§ 5031 *et. seq*.) by committing Abusive Sexual Contact, in violation of 18 U.S.C. §§ 1153 and 2244(a)(1). The search warrant specifically authorizes the collection of the following:

1. Any firearms or imitation firearms; to include but not limited to replicas and prop guns, airsoft and BB guns, blank-firing guns, and gel blasters, reasonably appearing to have been used to violate the a Juvenile Justice and Delinquency Act on May 25, 2026.